## AFFIDAVIT
## IN SUPPORT OF A CRIMINAL COMPLAINT

I, Dominique Vanest, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal for the United States Marshals Service ("USMS") in the Northern District of Ohio and have been employed as such since March 2010. I have completed the Federal Criminal Investigators Training Program at Glynco. In my current position I am charged with general operations at the Akron Federal Courthouse. I have conducted and assisted with investigations involving fugitives and other federal offenses.

2. The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to the knowledge, training, experience, and the observations of other law enforcement officers. All observations and information referenced below that were not personally made or learned by me were relayed to me by the persons who made such observations or learned such information, to include being provided information verbally or in written format.

3. This Affidavit contains information necessary to support probable cause for this application. This Affidavit is not intended to be a complete review of all topics discussed in interviews or conversations referenced herein. In addition, this Affidavit is not intended to include each and every fact and matter observed or known by me, other law enforcement officers, or the government.

4. I am submitting this affidavit in support of a Criminal Complaint and Arrest Warrant pursuant to the Federal Rules of Criminal Procedure, including Rules 3, 4 and 4.1.

5. On or about October 2, 2025, in the Northern District of Ohio, Eastern Division, the defendant, Aaron CANFIELD (hereinafter referred to as CANFIELD), at the John F.

Seiberling Federal Building and United States Courthouse, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, did cause the evacuation of any public place by initiating and circulating a report or warning of an alleged fire, explosion, crime, and other catastrophe, knowing such report or warning was false, in violation of Section 2917.31(A)(1) and (C)(2) of the Revised Code of the State of Ohio, and Title 18, United States Code, Section 7(3) and 13.

6. On October 2, 2025, at approximately 1100 hours, CANFIELD was visiting the Social Security Office on the second floor of the Akron Federal Courthouse located at 2. S. Main St. Akron, OH 44308. Social Security staff informed that CANFIELD had become belligerent and did not want to leave. CANFIELD eventually left the office.

7. At approximately 1121 hours, CANFIELD was exiting the Akron Federal Courthouse where USMS Court Security Officers (CSO's) observed CANFIELD pull the fire alarm as he left the building.

8. By the pulling the fire alarm, it activated audio and visual warning systems throughout the entire Courthouse.  Tenants of the building began evacuation procedures.  At the time, there was no emergency or fire within the building.

9. Court Security Officers then advised USMS over the radio that a male had pulled the fire alarm as he was leaving the building was headed south on South Main Street.  Court Security Officers described the subject as a white male wearing a light-colored shirt and backpack.

10. Supervisory Deputy U.S. Marshal (SDUSM) Kyle Evans and I responded to the main entrance of the Federal Courthouse and headed toward the subjects last known direction

and began attempting to locate the subject. SDUSM Evans and I observed the subject walking east on High Street where we began to follow him on foot.

11. SDUSM Evans and I approached CANFIELD at the corner of High Street and University Avenue. I asked CANFIELD if he just left the Federal Courthouse and he stated, "yes I did." At this point SDUSM Evans detained CANFIELD in handcuffs.

12. Akron Police Detective Gary White observed us detaining CANFIELD and transported all of us back to the Akron Federal Courthouse.

13. On the transport back to the Courthouse SDUSM Evans and I heard CANFIELD state, without being asked, "I have gotten any money in two months, what would you do?"

14. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that Aaron CANFIELD has violated Section 2917.31 of the Revised Code of the State of Ohio, and Title 18, United States Code, Section 7(3) and 13.

                                                                                         Dominique Vanest
Deputy US Marshal
United States Marshals Service

SUBSCRIBED AND SWORN TO ME THIS 2nd DAY OF OCTOBER, 2025, VIA TELEPHONE AFTER SUBMISSION BY RELIABLE ELECTRONIC MEANS. FED. R. CRIM. P. 4.1 AND 41(d)(3).

AMANDA M. KNAPP
United States Magistrate Judge